Walmer *v.* Baxter.

## STROTHER *v.* THE STATE.

[No. 3,512.    Filed November 13, 1900.]

From the Monroe Circuit Court. *Affirmed.*

*J. R. East, R. H. East* and *J. E. Kelley,* for appellant.

*W. L. Taylor,* Attorney-General, *Merrill-Moores* and *C. C. Hadley,* for State.

WILEY, J.—The record before us presents the identical questions as were presented by the record in the case of *Roberts* v. *State, ante,* 366. The evidence in this case is a carbon copy of the evidence in the Roberts case. The decision in that case is controlling here, and upon that decision the judgment is affirmed.

## HUNCHEON, ADMINISTRATOR, *v.* LONG.

[No. 3,320.    Filed November 23, 1900.

From the La Porte Circuit Court. *Reversed.*

*N. F. Wolfe, E. E. Weir, M. H. Weir* and *Lemuel Darrow,* for appellant.

*F. E. Osborn* and *H. W. Sallwasser,* for appellee.

COMSTOCK, J.—The only question presented by this appeal is decided by this court in *Huncheon* v. *Long, ante,* 530. Upon the authority of that decision the judgment of the trial court is reversed, with instructions to overrule the demurrer to appellant's complaint.

## WALMER *v.* BAXTER ET AL.

[No. 3,066.    Filed November 27, 1900.]

From the Blackford Circuit Court. *Reversed.*

*J. A. Hindman* for appellant.

*J. S. Dailey, Abram Simmons, F. C. Dailey* and *C. W. Kinnan,* for appellees.

BLACK, J.—This was a suit to enforce assessments for the construction of the Green street sewer in the city of Montpelier, the complaint consisting of six paragraphs. The questions presented are like those decided by us this day in the case of *Burris* v. *Baxter, ante,* 536, and upon the authority of that case and of *Spaulding* v. *Baxter, ante,* 485, the judgment is reversed, and the cause is remanded with instruction to sustain to the complaint the demurrer of appellee Baxter to the answer.